UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No. 3:13-PO-20 |
| CHARLES E. FERGUSON, | ) | (SHIRLEY) |
| Defendant. | ) | |

# O R D E R

This case is before the Court on the Government's Motion to Dismiss Violation Notices [Doc. 4], filed on March 25, 2013. The Government asks the Court to dismiss violation notice Nos. KE60 3148470 and KE60 3148471 filed against Defendant Charles E. Ferguson. The Government's motion [**Doc. 4**] is **GRANTED**, and the listed violation notices against Defendant Ferguson are **DISMISSED**. Additionally, because the case is dismissed, the Defendant's Motion to Suppress Evidence Seized in Violation of the Fourth Amendment Due to an Unreasonable Checkpoint Stop [**Doc. 3**] is **DENIED as moot**, and the motion hearing scheduled in this case for March 26, 2013, at 9:30 a.m. is **cancelled**.

**IT IS SO ORDERED.**

ENTER:

　s/ C. Clifford Shirley, Jr.　
United States Magistrate Judge